# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Regina M Dreher
aka Regina Marie Helen Dreher
aka Regina Dreher
**Debtor(s)**

Chapter 13

Regina M Dreher
**Plaintiff(s)**

Case No. 5:18−bk−03124−RNO

Adversary No. 5:19−ap−00079−RNO

vs.

Statewide Tax Recovery Inc and Statewide Tax Recovery, LLC
**Defendant(s)**

## Summons

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than August 2, 2019, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than August 7, 2019. At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

The plaintiff is required to serve this summons on all defendants and file a certificate of service with the court evidencing such service. Instructions regarding service of a summons can be found on the court's website at www.pamb.uscourts.gov

| **Address of Clerk** | **Name and Address of Plaintiff's/Petitioner's Attorney** |
|---|---|
| U.S. Bankruptcy Court | Patrick J. Best, Esquire |
| 274 Max Rosenn U.S. Courthouse | ARM Lawyers |
| 197 South Main Street | 18 N. 8th St. |
| Wilkes−Barre, PA 18701 | Stroudsburg PA 18360 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/Terrence S. Miller
_____
Terrence S. Miller
Clerk, U.S. Bankruptcy Court
197 S Main Street
Wilkes-Barre, PA 18701

Dated: July 3, 2019

Summons (Form summons) (05/18)