IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REGINA M. DREHER | : | CASE NO.: 5:18-bk-03124-RNO |
| | : | |
| Debtors. | : | CHAPTER 13 |
| | | |
| REGINA M. DREHER, | : | |
| Plaintiff | : | Adversary Proceeding |
| | : | No. 5:19-ap-00079 |
| v. | : | Complaint for Violation of |
| | : | Automatic Stay |
| STATEWIDE TAX RECOVERY, INC. and | : | |
| STATEWIDE TAX RECOVERY, LLC | : | 11 U.S.C. § 362 |
| 100 North Third Street | : | |
| PO Box 752 | : | |
| Sunbury, PA 17801 | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Patrick J. Best, Esq. do hereby certify that I have served the foregoing Complaint and Summons upon the following recipients:

| | |
|---|---|
| Statewide Tax Recovery, Inc.<br>c/o David A. Woodring, President<br>100 N. Third St.<br>PO Box 752<br>Sunbury PA 17801 | Statewide Tax Recovery, LLC<br>c/o David A. Woodring, President<br>100 N. Third St.<br>PO Box 752<br>Sunbury PA 17801 |

Via Public Access to Court Electronic Records/Electronic Case Filing and U.S. First Class Mail on July 5, 2019

Date: <u>July 5, 2019</u>   /s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899